IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHRISTOPHER BOLT,

                Petitioner,

   v.                                                     ORDER
                                                         07-C-591-S

WARDEN and DR. REED,

                Respondents.
_____

Petitioner has submitted a petition for a writ of habeas corpus under 28 U.S.C. §2241 concerning his medical treatment while incarcerated. It is not clear what remedy he is seeking. Before the Court can address petitioner's petition he must submit either an affidavit of indigency or a $5.00 filing fee.

Failure to submit an affidavit of indigency or the filing fee by November 8, 2007 may result in dismissal of this action for failure to prosecute.

                                                         ORDER

IT IS ORDERED that petitioner shall submit an affidavit of indigency, a trust fund account statement or the filing fee by November 8, 2007 or this action may be dismissed for his failure to prosecute.

Entered this <u>25th</u> day of October, 2007.

                                       BY THE COURT:

                                       _____/s/_____
                                       JOHN C. SHABAZ
                                       District Judge